IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:18-CR-05023-SRB-18 |
| KILEY CARPENTER, ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL OF RECORD

Pursuant to Rule 83.2 of the Local Rules of the United States District Court for the Western District of Missouri Southern Division, Elizabeth Turner, Counsel for Defendant Kiley Carpenter, hereby requests the Court allow, for good cause, the withdrawal as counsel of record for the Defendant.

## SUGGESTIONS IN SUPPORT

1. Defendant was charged in a three-count Indictment on March 26, 2019. Defendant appeared before the Honorable David P. Rush, United States Magistrate, in Springfield, Missouri. Judge Rush appointed Elizabeth Turner, CJA Attorney, to represent Defendant on April 15, 2019.

2. After discussions with the Assistant United States District Attorney regarding Discovery, it was discovered Counsel represented a separate party in state court who is involved in these matters. This conflict would preclude counsel from being able to continue representing the Defendant in this case.

3. Defendant is aware of the conflict and the need for new counsel to be appointed.

WHEREFORE, Counsel for Defendant, Kiley Carpenter, respectfully requests the Court allow for the withdrawal as counsel of record for the Defendant, pursuant to Rule 83.2 of the Local Rules of the United States District Court for the Western District of Missouri Southern Division.

Respectfully Submitted,

_____
Elizabeth L. Turner, #67845
Themis Law Group LLC
1329 East 32nd Street, Suite 11
Joplin, Missouri 64804
Telephone: (417) 691-8252
Facsimile: (417) 691-8253
Attorney for Defendant

August 14, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of August 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent e-mail notification of such filing to all CM/ECF participants in this case.

_____
Elizabeth L. Turner
Attorney for Defendant