3:18CR5023
REC'D OCT 21 2019

U.S. Marshals,

I am writing because I can not contact my lawyer, Adam Woody, who was appointed to represent me in my federal case. I am interested in speaking to someone about my case as soon as possible because I've been indicted since March 26, 2019 and have not been able to go over my discovery or even meet with an attorney. I have lots of questions and no one to contact about this. I dont feel like this is fair to me and I don't know that I feel comfortable having Mr. Woody represent me when he was just charged with perjury and tampering with a witness. I don't know who to contact about this issue and I am also indigent and have no way to contact anyone. I have put multiple requests in here at St. Clair County Jail to make a legal call in booking and they refuse to let me do so or just completly ignore my requests. I would like to know if I will be appointed another attorney and if so, how long will it be til I get one? Mr. Woody is already the second attorney that has been appointed to me. The first one I was appointed put in a motion to

withdrawl due to a conflict of interest. It is not fair to me and my case that I have no idea what is going on nor do I have anyone to call and discuss anything with.

Thank you for your time and I hope to recieve a response in a timely manner.

Sincerely,
Kiley Carpenter
10-18-2019