IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:18-CR-05023-SRB-18 |
| ) | |
| KILEY M. CARPENTER, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION
## FOR CONTINUANCE OF TRIAL SETTING

COMES NOW Defendant, Kiley M. Carpenter, by counsel Agi Prevendarcsik, and hereby moves this Court pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B) that this case be continued from its current trial setting on the Joint Criminal Jury Trial Docket commencing December 2, 2019, and reset to the Joint Criminal Jury Trial Docket commencing March 16, 2020. In support of this motion, the Defendant states:

1. A three count Indictment was filed against Ms. Carpenter on March 26, 2019.

2. This is the first Motion for Continuance.

3. Undersigned counsel was appointed on October 17, 2019 and has not received discovery at this time. Counsel was informed that discovery in this matter is very extensive. Counsel needs additional time to review the discovery, conduct legal research, conduct investigation, meet with the Defendant, and prepare for trial.

1

4. This continuance is not sought for the purpose of undue delay, but is sought in truth and fact that Ms. Carpenter may be afforded due process of law under the Fifth Amendment to the United States Constitution and afforded effective assistance of counsel under the Sixth Amendment to the United States Constitution. In accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(I) and (IV), it is submitted that the above-stated reasons for a continuance outweigh the best interests of the public and Ms. Carpenter to a speedy trial which is required by 18 U.S.C. § 3161(c)(1). In short, the procedural components that currently exist in this case necessitate a continuance to avoid a miscarriage of justice and to make certain that Ms. Carpenter has clear, meaningful, and effective access to counsel while preparing to resolve this case.

5. Under the provisions of 18 U.S.C. § 3161(h)(7)(A), the period of time until the next criminal trial docket should be excluded in computing the period of time in which a defendant should be brought to trial under the provisions of the Speedy Trial Act.

6. Undersigned counsel has conferred with Assistant United States Attorney Josephine Stockard, who stated that given the basis for the request, she does not oppose the requested continuance.

WHEREFORE, Defendant, Carpenter, hereby moves that this case be continued from its current trial setting on the Joint Criminal Jury Trial Docket

commencing December 2, 2019, and reset to the Joint Criminal Jury Trial Docket commencing March 16, 2020.

        Respectfully submitted,

        */s/ Agi Prevendarcsik*
        **Agi Prevendarcsik, #58941**
        P.O. Box 2042
        Joplin, Missouri 64803
        (417) 499-2115
        Agi.prevendarcsik@gmail.com
        Attorney for Defendant

October 21, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2019, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

        */s/Agi Prevendarcsik*
        **Agi Prevendarcsik**